UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLEEN K. SCOTT,<br><br>    Petitioner,<br><br>  v.<br><br>PAUL COPENHAVER, warden,<br><br>    Respondent.<br>                                       / | No. C 09-4517 SI (pr)<br><br>**ORDER OF DISMISSAL** |

    Roleen K. Scott filed a petition for writ of habeas corpus under 28 U.S.C. § 2241. She thereafter requested that the petition be withdrawn because she had not exhausted administrative remedies before filing it.  Upon due consideration, Scott's request to withdraw the petition is GRANTED. (Docket # 3.)  Her application to proceed in forma pauperis is DENIED. (Docket # 2.)

    This action is dismissed without prejudice.  The clerk shall close the file.

    IT IS SO ORDERED.

DATED: November 30, 2009

                                                            SUSAN ILLSTON<br>
                                                     United States District Judge