UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROLEEN K. SCOTT, | No. C 09-4517 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| PAUL COPENHAVER, warden, | |
| Respondent. | |

This action is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: November 30, 2009

SUSAN ILLSTON
United States District Judge